UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation_____<br><br>CRAGO, Inc.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHUNGHWA PICTURE TUBES, LTD., et al.,<br><br>　　　　Defendants._____ | Case No. 07-5944 SC<br>　　　　08-1319 WDB<br>　　　　08-1364 MEJ<br>　　　　08-1371 MMC<br>　　　　08-1108 JF<br><br>ORDER CONSOLIDATING CASES |

The Court hereby finds that civil cases Stack et al. v. Chunghwa Picture Tubes, LTD., et al., Case No. 08-1319, Elligson v. Chunghwa Picture Tubes, LTD., et al., Case No. 08-1364, Nasto et al. v. LG Electronics, Inc., et al., Case No. 08-1371, and Gonzalez v. Chunghwa Picture Tubes, LTD., et al., Case No. 08-1108, are suitable for CONSOLIDATION for the purposes of discovery and pre-trial hearings. This consolidation is warranted by common questions of law and fact that pervade these individual matters. Consolidation will facilitate discovery and conserve judicial resources.

///

///

1   This consolidated case will henceforth be referred to as "IN
2   RE: Cathode Ray Tube (CRT) Antitrust Litigation," MDL No. 1971.
3   All documents are to be filed under case number 07-5944-SC and all
4   future filings are to bear the initials "SC" immediately after the
5   case number.

8   IT IS SO ORDERED.

10   Dated: March 17, 2008       

12                                UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2