1  JAMES McMANIS (40958)
   MARWA ELZANKALY (206658)
2  McMANIS FAULKNER
   A Professional Corporation
3  50 W. San Fernando Street, 10th Floor
   San Jose, CA 95113
4  Telephone: (408) 279-8700
5  Facsimile: (408) 279-3244
   Email:   jmcmanis@mcmanisfaulkner.com
6           melzankaly@mcmanisfaulkner.com

7  Attorneys for Plaintiff, CARMEN GONZALEZ

8
                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION
10

11 | IN RE: CATHODE RAY TUBE (CRT) ANTI-TRUST LITIGATION | Case No. C07-05944 SC |
12 | | (MDL 1917) |
13 | This Document Relates to: | NOTICE OF CHANGE OF FIRM NAME |
14 | All Actions | |
15

16         TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

17         PLEASE TAKE NOTICE that effective immediately, counsel for plaintiff, formerly

18 known as McManis Faulkner & Morgan, has changed its name to McManis Faulkner. McManis

19 Faulkner's email addresses have also changed as noted above. McManis Faulkner's address,

20 telephone and fax numbers shall remain the same.

21         Please update your records accordingly.

22

23 DATED: May 8, 2008                              McMANIS FAULKNER
24
25                                                 _____
                                                   JAMES McMANIS
26                                                 MARWA ELZANKALY

27                                                 Attorneys for Plaintiff, Carmen Gonzalez

28
                                          1
Notice Of Change Of Firm Name                                        No. 07-05944 SC